359 A.2d 364

In re ESTATE of Casimir C. CIESLAK, Deceased.

Appeal of Alta L. SHEVLIN, Executrix.

Supreme Court of Pennsylvania.

Submitted Sept. 22, 1975.

Decided July 6, 1976.

Andrew C. Van Gorder, Bucey & Van Gorder, Pittsburgh, for appellant.

Norbert A. Michalski, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to bear own costs.